

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RECEIVED

AUG 14 2008
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mitchell Thomas

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08cv4614**
**JUDGE COAR**
**MAGISTRATE JUDGE MASON**

vs.

Tom Dart
Director Gordinez
Division Nine dentist (John Doe)

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
<u>use "et al.")</u>

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
          **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
          **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**   **Plaintiff(s):**

  A.   Name: MITCHELL Thomas

  B.   Date of Birth: MAY 10, 1958

  C   List all aliases: Mitch

  D.   Prisoner identification number: 2006 0002901

  E.   Place of present confinement: Cook County Jail

  F.   Address: 2700 S. California Ave Chgo Ill 60608

  (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**

  (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C.**)

  A.   Defendant: TOM DART

   Title: SHERIFF OF Cook County Jail

   Place of Employment: 50 W. WASHINGTON Chicago Ill.60604 Suite 704

  B.   Defendant: DIRECTOR GORDINEZ, TONY

   Title: DIRECTOR OF Cook County Jail

   Place of Employment: Cook County

  C.   Defendant: JOE DOE

   Title: DENTIST

   Place of Employment: Division 9 Cook County Jail

  (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.      Name of case and docket number: CASE IS PENDING

B.      Approximate date of filing lawsuit: July 27, 2008

C.      List all plaintiffs (if you had co-plaintiffs), including any aliases: MITCHELL THOMAS AKA Mitch

D.      List all defendants: TOM DART-COOK County DEPT. OF CORRECTIONS    OFFICER COLEMAN DETAINEE DEMETRIUS JOHNSON

E.      Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF Illinois

F.      Name of judge to whom case was assigned:

G.      Basic claim made: ON JUNE 30, 2007 I WAS Attacked with NO PROVOCATION by detainee DEMETRIUS JOHNSON. AS A Result of the attack I NEED surgery for my injured R-shoulder ON Disciplinary reports OFFICER COLEMAN LIED. HE WAS NOT ON dorm when I WAS INJURED.

H.      Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): CASE IS PENDING

I.      Approximate date of disposition:

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 5/2007

**IV.     Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I have been submitting sick call slips to the different nurses since Jan. 2008. For 7 months I have been in pain. During the 7 month period of time I was not called for the dentist. It is against my constitutional rights to be denied medical treatment while incarcerated I don't understand why it took 7 months of pain and agony, before I was given medical attention.

4

5

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) Plaintiff DEMAND $125,000 thousand Dollars in Punitive Damages FROM DEFENDANTS FOR Neglect to Plaintiff

2) Plaintiff DEMAND A JURY TRIAL

3) Plaintiff DEMAND COMPENSATORY DAMAGES OF $200 A DAY FOR AMOUNT OF IRREPAIRABLE EMOTIONAL DAMAGE DUE TO CONSTANT PAIN FROM TOOTHACHE

4) Plaintiff DEMAND NOMINAL DAMAGES.

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___8___ day of __August__ 20 _08_

_Mitchell Thomas_
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_Mitchell Thomas #2006000290 1_
(I.D. Number)

_2650 S. California Ave_
_Chicago, IL. 60608_
(Address)

6

Revised 5/2007

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Thomas, Mitchell_                    Today's Date: _JAN. 8, 2008_

ID #: _2006_ -- _0662901_ Division: _RTU_ Tier: _B-1_ Birth Date: _5·10·58_
   (Booking Year)    (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST
FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE
HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I have a bad toothache!_

_____

_____

_____

_____

_____

How long have you had this problem? _1 1/2_ days / weeks / (months) (circle one)
Next Court Date: _FEB·5_

## !!!STOP!!!  DO NOT WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**Initial Provider Note:** _____

_____

_____

_____

_____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:    ☐ Sick Call    ☐ PRN
Signature/Title:_____ _____Date:_____Time:_____

**Appointment Scheduler:**
Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Form#: 86322  Rev: March 2006

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Thomas, Mitchell_    Today's Date: _5·24·2008_

ID #: _2006_ -- _0002901_ Division: _RTU_ Tier: _B-1_ Birth Date: _5·10·58_
    (Booking Year)    (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _My tooth has been hurting for some time_
_Can I please see a dentist_

How long have you had this problem? _5/12_ days / weeks **/ months** (circle one)
Next Court Date: _JUNE 4, 2008_

### !!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to:    ☐ Medical   ☐ Dental   ☐ Mental Health   ☐ Health Educator   ☐ DOC    Date:

**Initial Provider Note:** _____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:    ☐ Sick Call    ☐ PRN
Signature/Title:_____ _____Date:_____Time:_____

**Appointment Scheduler:**
Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Form#: B6322  Rev: March 2006

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Mitchell Thomas_____  Today's Date: _March 4, 08_

ID #: _2 6 0 6_ -- _D 0 0 2 9 0 1_ Division: _RTU_  Tier: _B-1_  Birth Date: _5.10.58_
   (Booking Year)   (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I NEED TO SEE the DENTIST. I have a toothache_
_____
_____
_____
_____

How long have you had this problem? ___3___ days / weeks / (months) (circle one)
Next Court Date: _3.21.2008_

### !!!STOP!!!  DO NOT WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC  Date:

**Initial Provider Note**: _____
_____
_____
_____
_____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call  ☐ PRN
Signature/Title:_____ _____Date:_____Time:_____

**Appointment Scheduler:**
Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Form#: 86322  Rev: March 2006

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _MiTcHEll ThoMas_    Today's Date: _6·26·08_

ID #: _2006_ – _0009901_ Division: _10_    Tier: _2A_    Birth Date: _5·10·58_
    (Booking Year)    (Number)

**FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _MY Tooth has been hurting for some_ _MoNThs_

How long have you had this problem? _5 1/2_ days / weeks / months (circle one)
Next Court Date: _8·11·08_

### !!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC  Date:

**Initial Provider Note:** _____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call  ☐ PRN
Signature/Title:_____  _____Date:_____Time:_____

**Appointment Scheduler:**
Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Form#: 86322  Rev: March 2006

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Mitchell Thomas_                     Today's Date: _July 12|08_

ID #: _2006 000 2701_ _ _ Division: _16_ Tier: _2A_ Birth Date: _5|16|58_
(Booking Year)    (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM USE A SEPARATE REQUEST
FORM FOR EACH PROBLEM. EACH FORM WILL BE SENT TO THE APPROPRIATE
HEALTH SERVICE PROVIDER.

□ I want information about HIV / AIDS

Describe your problem: _I have had a toothache for a very long time_
_this is my 4th Request_
_____
_____
_____
_____

How long have you had this problem? _8_ days / weeks / months (circle one)
Next Court Date: _8|11|08_

## !!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to:   □ Medical  □ Dental  □ Mental Health  □ Health Educator  □ DOC   Date:

**Initial Provider Note:** _____
_____
_____
_____
_____

Signature/Title:_____ Date:_____ Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up: □ Sick Call ; □ PRN
Signature/Title:_____ Date:_____ Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____ Time:_____

PATIENT LABEL

Form#: 86322  Rev: March 2006

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Thomas, Mitchell_____ Today's Date: _July 21, 2008_

ID #: _2006_ -- _000 2901_ Division: _10_ Tier: _2A_ Birth Date: _5·10·1958_
       (Booking Year)    (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I have a toothache please help me_

How long have you had this problem? _8'12_ days / weeks / (months) (circle one)
Next Court Date: _8 – 11 - 08_

## !!!STOP!!!  DO *NOT* WRITE BELOW THIS LINE

Referred to:   ☐ Medical   ☐ Dental   ☐ Mental Health   ☐ Health Educator   ☐ DOC   Date:

**Initial Provider Note:** _____

Signature/Title:_____ Date:_____ Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:   ☐ Sick Call   ☐ PRN
Signature/Title:_____  _____ Date:_____ Time:_____

**Appointment Scheduler:**
Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Form#: 86322  Rev: March 2006

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave., Chicago, Illinois 60608
(773) 869-5622

**Patient Copy**

**2**

Checked

Patient Thomas, Mitchell ID# Date 7-

Problem Location Weight Date of Birth

Order (Physician's Signature after last order) Allergy: NKDA

Filled

(1) 750mg x

(2) x 8wk

x 8wk

Data Entry

**FOR INFORMATION ONLY - DO NOT DISPENSE**

DEA / Illinois Lic.# Physician ** PRINT Time:

Form 853.01

Med/Surg [ ]
MHS [ ]

---

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave., Chicago, Illinois 60608
(773) 869-5622

**Patient Copy**

**2**

Checked

Patient Thomas, Mitchell ID# 06-0022901 Date 1/30/08

Problem Location Weight Date of Birth 5-10-58

Order (Physician's Signature after last order) Allergy: NKDA

Filled

Data Entry

**FOR INFORMATION ONLY - DO NOT DISPENSE**

DEA / Illinois Lic.# Physician ** PRINT Time:

Form 853.01

Med/Surg [ ]
MHS [ ]

---

Illinois 60608

**Patient Copy**

**2**

Checked

Patient Thomas, Mitchell ID# 06-0022901 Date 12/19/07

Problem Location Weight Date of Birth 5/10/58

Order (Physician's Signature after last order) Allergy:

Filled

(1) BID x 8wks

(2) BID x 4 wks

(3) to continue wear. to Base until

(4) BID x 4 days

Data Entry

**FOR INFORMATION ONLY - DO NOT DISPENSE**

DEA / Illinois Lic.# Physician ** PRINT Time:

Form 853.01

Med/Surg [X]
MHS [ ]

**1**

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-5622

**Patient Copy**

Checked

Patient Thomas, Michael ID# 2006-00 Date

Problem Location 10-2 Weight Date of Birth 5/10/5

Order (Physician's Signature after last order) Allergy:

Filed

Data Entry

**FOR INFORMATION ONLY - DO NOT DISPENSE**

DEA / Illinois Lic.# Physician ** PRINT Time:

Form 853.01

Med/Surg [ ]
MHS [X]

**2**

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-5622

**Patient Copy**

Checked

Patient ID# Date

Problem Location Weight Date of Birth

Order (Physician's Signature after last order) Allergy:

Filed

Data Entry

**FOR INFORMATION ONLY - DO NOT DISPENSE**

DEA / Illinois Lic.# Physician ** PRINT Time:

Form 853.01

Med/Surg [ ]
MHS [ ]

**1**

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-5622

**Patient Copy**

Checked

Patient Thomas Michael ID# 2006-0029821 Date 11-4-07

Problem Location Weight Date of Birth

Order (Physician's Signature after last order) Allergy:

Filed

Data Entry

**FOR INFORMATION ONLY - DO NOT DISPENSE**

DEA / Illinois Lic.# Physician ** PRINT Time:

Form 853.01

Med/Surg [X]
MHS [ ]

Part-A / Control #: _2008_X _1360_

Referred To: _Cermak_

☐ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: **Thomas**          First Name: **Mitchell**

ID #: **9006 - 000 2901**   Div.# **10**   Living Unit: **2C**   Date: **07 / 29 / 08**

BRIEF SUMMARY OF THE COMPLAINT: _I HAVE put IN NUMEROUS sick call slips to see the DENTIST SINCE JAN. 08. I HAVE NOT been to the dentist as of this date. My tooth HAS been hurting me for About 7 months!_

August 8, 2008

---

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

---

ACTION THAT YOU ARE REQUESTING:

_That I see a dentist; Soon as Possible  That the dentist be disciplined_

## DETAINEE SIGNATURE: _Mitchell Thomas_

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: _07/29/08_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #:_____X_____

Referred To:_____

☐ Processed as a request.

---

# ˌCOOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: Thomas, Mitchell     First Name: Mitchell

ID #: 2006 - 0002901   Div.: 10   Living Unit: 2A   Date: 07 / 23 / 08

BRIEF SUMMARY OF THE COMPLAINT: I have put in Numerous sick call slips to see the dentist January 08, was the first time I filed a sick call slip, to this day I haven't seen the dentist. As my tooth has been hurting

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

That I see a dentist cause I have been suffering

## DETAINEE SIGNATURE: Mitchell Thomas

C.R.W.'S SIGNATURE:_____   DATE C.R.W. RECEIVED: _____/_____/_____

**Please note:** Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)